Joseph S. Robinson, Appellant, *v.* Mildred S. Robinson, Respondent.

Argued October 6, 1938; decided October 25, 1938.

The following questions were certified:

" 1. Did the Special Term have power to vacate the orders and judgment herein? ·

" 2. Did the Supreme Court have power in this action to enjoin a citizen of this State from prosecuting in a foreign jurisdiction an action to obtain a decree of divorce on grounds not recognized in this State, where the marriage *res* is within the State of New York and the defendant is personally served without the State pursuant to an order for such service?. "

*John P. McGrath* for appellant.

*Murray E. Harston* and *Sidney Hein* for respondent.

Order affirmed, with costs. First question certified answered in the affirmative; second question certified not answered. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.